

# Motorist Assistance Plan
## Classic Used Vehicle Service Contract

Motorist Assistance Plan

**Contract Number:** 00 2247535

## REGISTRATION

### CONTRACT HOLDER INFORMATION

- **Name, Phone #:** Marc Walls — 405-721-2416
- **Address:** 11425 Warwick Place dr.
- **City, State, Zip:** Oklahoma City, OK 73162

### VEHICLE INFORMATION

- **VIN:** 1FTNW21PX4ED72093
- **Year:** 2004
- **Make:** FORD
- **Model:** F-250
- **Current Odometer:** 99862
- **Term of Contract:** 36 Months / 42,000 Mileage
- **Deductible:** $100
- **Vehicle Purchase Price:** N/A
- **Contract Price:** 2101.00
- **Vehicle Class:** 2

This coverage ends with either of the following, whichever occurs first: When the mileage of Your Vehicle, as measured from the current odometer reaches the mileage limit for the plan selected, or When the time limit for the term selected expires as measured from the Contract Purchase Date.

### COVERAGE OPTIONS

- [✓] **PLATINUM**
- [ ] GOLD
- [ ] SILVER
- [ ] BRONZE

(if no coverage is selected, Platinum shall apply)

### SURCHARGE OPTIONS

- [ ] OVERSIZED TIRES
- [ ] LIFTED VEHICLES
- [ ] AFTER POINT OF SALE (Required if Vehicle date of sale is prior to this Contract Purchase Date.)

### ISSUING SELLER INFORMATION

- **Seller Name, Phone #:** Christian Brothers Automotive — 405-720-1200
- **Address:** 6801 W. Hefner Rd
- **City, State, Zip:** Oklahoma City, OK 73162

### LIEN HOLDER INFORMATION

I authorize the following lender to: (1) be listed as joint payee and receive any refund in the event this Contract is cancelled. (2) cancel this Contract in the event I default in my obligation to such lender.

- **Lender Name, Phone #:** N/A
- **Address:** N/A
- **City, State, Zip:** N/A

I understand that the purchase of this Contract is not required in order to purchase or obtain financing for this Vehicle and is subject to verification. My signature below indicates that I have read and agree to all the terms and conditions of this Contract.

- **Customer Signature:** [signed]
- **Contract Purchase Date:** 08/02/2010
- **Seller's Signature:** [signed]

Enterprise Financial Group, Inc (EFG), P.O. Box 167667, Irving, TX, 75016, (800) 527-1984

MAPHM 648

**CUSTOMER COPY**

1208

## CONTRACT

This agreement (Contract) is between the Contract Holder (named on the Registration page) and the Service Contract Provider as defined under the Definition section of this Contract. The Seller (issuing party) is not a party to this Contract and has no obligations to You in regards to the benefits provided. Your benefits and Our obligation to perform under this Contract are insured by an insurance policy with American Security Insurance Company, PO Box 50355, Atlanta, Georgia 30302, 800-263-0785. **For Connecticut residents only:** Our obligations are guaranteed by an insurance policy issued by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, Florida 33157, 305-253-2244.**For Minnesota residents only:** Our obligations are guaranteed by an insurance policy issued by American Reliable Insurance Company, 11222 Quail Roost Drive, Miami, Florida 33157, 800-852-2244.

## 1-800-646-1004　　ROADSIDE ASSISTANCE　　1-800-646-1004

You will be protected by ROADSIDE ASSISTANCE for the full term of this Contract. Roadside benefits include: Towing, Flat Tire Changes (using Your inflated spare), Jump Starts, Vehicle Fluid Delivery, Lockout Assistance, and Concierge Service (courtesy help and emergency phone call support). You are responsible for the cost of any Vehicle Fluids and Key Cutting/Replacement. All services are available 24 hours a day, 365 days a year and are provided on a "Sign & Drive" basis. The maximum benefit is $100 per incident. For any Roadside Service You MUST call 1-800-646-1004 (toll-free). ONLY ROAD SERVICES PROVIDED THROUGH THIS 800 NUMBER WILL BE HONORED AND ONLY NON-ACCIDENT RELATED INCIDENTS ARE COVERED.

## DEFINITIONS

- We, Us and Our (The Service Contract Provider/Administrator/Obligor) means Enterprise Financial Group, Inc. (EFG), PO Box 167667, Irving, TX 75016. **For California, Louisiana, and South Carolina residents only:** The Administrator/Obligor is Enterprise Agency, Inc. PO Box 167667, Irving TX 75016. **For California residents only:** Our California VSC provider license number is OD75490.

- Consumer, Customer, You and Your (Contract Holder) means the person who is listed in the "Contract Holder Information" section on the Registration page.

- Covered Part means an item listed as a Covered Part, based on the coverage You selected, as defined in the section titled Covered Parts.

- Covered Breakdown, Breakdown, or Mechanical Breakdown means the event caused by the total failure of any Covered Part to work as it was designed to work in normal service. For Used Vehicles, Breakdown or Mechanical Breakdown does not include a total or partial failure resulting from wear and tear or ordinary use.

- Lubricated Part means a part that requires lubrication to perform its function.

- Vehicle means the Vehicle identified by the Vehicle Identification Number (VIN) listed on the Registration page of this Contract.

- Seller means the retail facility where You purchased Your Vehicle.

## OUR OBLIGATIONS

If a Covered Mechanical Breakdown of Your Vehicle occurs during the term of this Contract, We will:

- Pay You or the repairer, for repair or replacement of the Covered Part(s) and associated labor as required for the completion of the repair or replacement of those parts, which caused the Mechanical Breakdown. Any part damaged by the failure of a Covered Part is covered under this Contract. Labor will be verified by the standard versions of the following nationally recognized labor guides: Motors, Mitchell, & All Data. Replacement parts, not to exceed manufacturer's suggested retail price, may be of like kind and quality. This may include the use of new, remanufactured or used parts as determined by Us.

- Reimburse You for a rental car at a rate of up to $35 for every 8 hours, (or portion thereof), of labor time required to complete the repair, not to exceed a maximum of 5 days. Up to 3 additional days of rental may be paid if a major component, (engine or transmission), is being replaced due to a Mechanical Breakdown. To receive rental benefits You must supply Us with Your receipt from a licensed rental agency.

- Reimburse You for lodging and meal expenses actually paid by You if the Covered Breakdown is completed more than 100 miles from Your primary residence and You are stranded overnight. The limit on this reimbursement is $75 per day for up to 3 days per Mechanical Breakdown or Breakdowns related in time or cause.

## YOUR OBLIGATIONS

- In order for this Contract to remain in force, the minimum requirement on oil and filter changes is every 6 months or 5,000 miles, whichever comes first. All other maintenance schedules must be done in accordance with Your Vehicle manufacturer's recommendations. You must keep and make available verifiable service/purchase receipts (indicating dates, mileage, and a description of Your Vehicle) which show that this maintenance has been performed within the time and mileage limits required. We will not reimburse for repair costs or expenses if You cannot provide accurate records proving that You have maintained the failed Covered Part.

- You or Your repair facility are required to obtain Our authorization prior to beginning any repair covered by this Contract.

- You are responsible for paying Your deductable. The deductable is $100 for each Mechanical Breakdown, with a maximum of $200 per repair visit.

- You are responsible for authorizing any teardown or diagnosis time needed to determine if Your Vehicle has a Covered Breakdown. If it is subsequently determined that the repair is needed due to a Covered Breakdown, We will pay for this part of the repair. If the failure is not a covered Mechanical Breakdown, then You are responsible for this charge.

MAPHM 648　　　　　　　　　　　　　　　　Page 2 of 9　　　　　　　　　　　　　　　　1208

## OTHER IMPORTANT CONTRACT PROVISIONS

In return for Your payment for this Contract and subject to its terms, You will be provided with the protection described herein.

Your benefits and Our obligation to perform under this Contract are insured by an insurance policy with American Security Insurance Company, P.O. Box 50355, Atlanta, Georgia 30302, 800-263-0785. If the benefits as described are not provided within 60 days after You have filed a proof of loss covered by this Contract, then You may make a direct claim against American Security Insurance Company. **For Connecticut residents only:** You may make a direct claim against American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, Florida 33157, 305-253-2244. **For Minnesota residents only:** You may make a direct claim against American Reliable Insurance Company, 11222 Quail Roost Drive, Miami, Florida 33157, 800-852-2244.

The aggregate total of Our liability for all benefits paid or payable during the Term of the Contract shall not exceed the actual cash value of Your Vehicle at the time of purchase. Our limit of liability for any Breakdown or series of Breakdowns related in time or cause shall not exceed the actual cash value of Your Vehicle at the time of claim. (According to current National Auto Dealers Association standards.)

After You receive any benefits under this Contract, We are entitled to all Your rights of recovery against any manufacturer, repairer or other party who may be responsible to You for the costs covered by this Contract or for any other payment made by Us. If We ask, You agree to help Us enforce these rights. You also agree to cooperate and help Us in any other matter concerning this Contract.

This Contract will terminate when You sell Your Vehicle unless transferred as provided in the Transfer Section or when this Contract is cancelled as outlined in the Cancellation Section.

## IF YOU HAVE A MECHANICAL BREAKDOWN YOU MUST CALL 1-800-527-1984

If You have a Mechanical Breakdown, You must follow this procedure:

(1) Use all reasonable means to protect Your Vehicle from further damage. This may require You to stop Your Vehicle and call Roadside Assistance to have the Vehicle towed.

(2) Return Your Vehicle to the Seller if you are within a 50 mile radius. If you are beyond a 50 mile radius, or the Vehicle is being repaired by a facility other than the Seller, you must contact Us at 1-800-527-1984 for instructions before ANY repairs are started on Your Vehicle. All work must be performed by a licensed repair facility.

(3) Furnish Us or the repair facility with such reasonable information that We may require. This includes receipts for car rental charges, lodging, meals, and signed service receipts (indicating dates, mileage, and a description of Your Vehicle) as required by this Contract.

(4) For claim filing procedures on after hours and emergency repairs:

Claim Filing Procedure

Emergency Repairs - If a simple Breakdown occurs which requires a repair to be made at a time when the Administrators office is closed and a prior authorization for the repair cannot be obtained, the repair facility/Customer should follow the claim procedure below and contact the Administrator for claim instructions immediately upon the Administrators next normal business day. As per the terms of the Contract, determine whether or not the failure is to a Covered Part. If it is determined that the component is a Covered Part, authorize the repair facility to perform the repair and call the Administrator for authorization during normal business hours. On major repairs, determine the failure and repair costs and then contact the Administrator on the next normal business day for an authorization before repairs are performed.

Business Hours (Business Hours are all Central Time Zone)

    Monday through Friday 7 AM until 7 PM

    Saturday 8 AM until 2 PM

## COVERED PARTS

The following is a list of Covered Parts based on the Coverage selected on the Registration page of this Contract. Covered Parts are listed by the Vehicle system to which they apply.

## PLATINUM

The following Parts are covered, if Platinum Coverage was selected on the Registration page of the Contract.

ENGINE - cylinder block; cylinder heads; all internally Lubricated Parts; turbocharger; supercharger; harmonic balancer; timing gear, chain and belt; timing cover; intake and exhaust manifolds; valve covers; oil pan; engine mounts; belt tensioners; cam gear bolt; harmonic balancer bolt; and head bolts.

TRANSMISSION - transmission case; all internally Lubricated Parts; torque converter; flywheel/flexplate; vacuum modulator; transmission mounts; transmission cooler; transmission oil pan; and transmission control module (TCM).

TRANSFER CASE - transfer case; all internally Lubricated Parts; 4X4 actuator; and 4X4 sensors.

DRIVE AXLES - drive axle housing; all internally Lubricated Parts; drive shafts; universal joints; constant velocity joints (unless failure was caused by neglected, torn, cracked, or perforated constant velocity joint boot); Constant velocity joint boots are not covered under any circumstances. Axle bearings; locking hubs; center support/carrier bearings; and differential cover.

## PLATINUM (continued)

AC/HEATING - (includes only factory or dealer installed equipment) condenser; condenser fan/motor; compressor; compressor clutch; compressor pulley; evaporator; accumulator; drier; expansion valve; idler pulley; A/C controls and module; heater core; and blower motor.

SUSPENSION - control arms; control arm shafts, bearings and bushings; McPherson Struts; wheel bearings; spindles and supports; ball joints; king pins and bushings; radius arm and bushings; stabilizer bar, links and bushings; torsion bars; hub assembly; and springs.

STEERING - steering gear box/rack; all internally Lubricated Parts; power steering pump; pitman arm; idler arm; tie rod ends; drag link; steering column shaft and column couplings.

COOLING - water pump; radiator; cooling fan; cooling fan motor; fan clutch; radiator fan shroud; and coolant recovery tank.

FUEL SYSTEM - fuel delivery pump; fuel injection pump; fuel injectors; fuel tank; metal fuel lines; fuel pressure regulator; fuel sending unit; fuel gauge; idle air control (IAC) valve and motor; engine control module (ECM); and fuel injection sensors.

BRAKE - master cylinder; power brake cylinder; vacuum assist booster; calipers; wheel cylinders; compensating valve; anti-lock brake system (ABS); hydraulic lines and fittings; and parking brake actuator.

ELECTRICAL - alternator; ignition coil; horns; distributor; starter motor; starter solenoid; starter drive; windshield wiper motors; windshield wiper linkage; windshield washer pump; power seat motor; power antenna motor; power window motors; window regulators; power door locks; power door lock actuators; power trunk release; wiring harnesses; cruise control assembly; ignition lock cylinder; all manually operated switches; sunroof motor; convertible top motor; and driver information gauges.

SEALS and GASKETS - leaking seals and gaskets on any Covered Part listed above. Minor loss of fluid or seepage is considered normal and is not considered a Mechanical Breakdown.

## GOLD

The following Parts are covered, if Gold Coverage was selected on the Registration page of the Contract.

ENGINE - cylinder block; cylinder heads; all internally Lubricated Parts; turbocharger; supercharger; harmonic balancer; timing gear, chain, and belt; timing cover; intake and exhaust manifolds; valve covers; oil pan; and engine mounts.

TRANSMISSION - transmission case; all internally Lubricated Parts; torque converter; flywheel/flexplate; vacuum modulator; transmission mounts; transmission oil pan; and transmission control module (TCM).

TRANSFER CASE - transfer case; all internally Lubricated Parts; and 4X4 actuator.

DRIVE AXLES - drive axle housing; all internally Lubricated Parts; drive shafts; universal joints; constant velocity joints, (unless failure was caused by neglected, torn, cracked, or perforated constant velocity joint boot). Constant velocity joint boots are not covered under any circumstances. Axle bearings; and locking hubs.

A/C HEATING - (includes only factory or dealer installed equipment) condenser; condenser fan/motor; compressor; compressor clutch; compressor pulley; evaporator; A/C controls and module.

SUSPENSION - control arms; control arm shafts, bearings, and bushings; wheel bearings; spindles and supports; radius arm, and bushings; stabilizer bar, links, and bushings; torsion bars; hub assembly; and springs.

STEERING - steering gear box/rack; all internally Lubricated Parts; power steering pump; steering column shaft/ couplings.

COOLING - water pump; radiator; cooling fan; cooling fan motor and fan clutch.

FUEL SYSTEM - fuel delivery pump; fuel injection pump; fuel injectors; fuel tank; metal fuel lines; fuel pressure regulator; fuel sending unit; fuel gauge; idle air control (IAC) valve and motor; engine control module (ECM); and fuel injection sensors.

BRAKE - master cylinder; power brake cylinder; vacuum assist booster; calipers; wheel cylinders; compensating valve; anti-lock brake system (ABS); hydraulic lines and fittings; and parking brake actuator.

ELECTRICAL - alternator; starter motor; starter solenoid; starter drive; power seat motor; power antenna motor; power window motors; window regulators; power door locks; power door lock actuators; sunroof motor; convertible top motor; driver information gauges.

SEALS and GASKETS - leaking seals and gaskets on any Covered Part listed above. Minor loss of fluid or seepage is considered normal and is not considered a Mechanical Breakdown.

## SILVER

The following Parts are covered, if Silver Coverage was selected on the Registration page of the Contract.

ENGINE - cylinder block; cylinder heads; all internally Lubricated Parts; turbocharger; supercharger; harmonic balancer; timing gear, chain, and belt; timing cover; intake and exhaust manifolds; valve covers; oil pan; and engine mounts.

## SILVER (continued)

TRANSMISSION - transmission case; all internally Lubricated Parts; torque converter; flywheel/flexplate; vacuum modulator; transmission mounts; and transmission oil pan.

TRANSFER CASE - transfer case; all internally Lubricated Parts; and 4X4 actuator.

DRIVE AXLES - drive axle housing; all internally Lubricated Parts; drive shafts; universal joints; constant velocity joints, (unless failure was caused by neglected, torn, cracked, or perforated constant velocity joint boot). Constant velocity joint boots are not covered under any circumstances. Axle bearings; and locking hubs.

A/C HEATING - (includes only factory or dealer installed equipment) condenser; compressor; compressor clutch; compressor pulley; and evaporator.

SUSPENSION - control arm shafts, bearings, and bushings; wheel bearings; spindles and supports; radius arm, and bushings; stabilizer bar, links, and bushings; torsion bars; hub assembly; and springs.

STEERING - steering gear box/rack; all internally Lubricated Parts; power steering pump; steering column shaft/ couplings.

COOLING - water pump.

FUEL SYSTEM - fuel delivery pump.

BRAKE - master cylinder; power brake cylinder; vacuum assist booster; calipers; wheel cylinders; and compensating valve.

ELECTRICAL - alternator; starter motor; starter solenoid; starter drive.

SEALS and GASKETS - leaking seals and gaskets on any Covered Part listed above. Minor loss of fluid or seepage is considered normal and is not considered a Mechanical Breakdown.

## BRONZE

The following Parts are covered, if Bronze Coverage was selected on the Registration page of the Contract.

ENGINE - cylinder block; cylinder heads; all internally Lubricated Parts; turbocharger; supercharger; harmonic balancer; timing gear, chain, and belt; timing cover; intake and exhaust manifolds; valve covers; and oil pan.

TRANSMISSION - transmission case; all internally Lubricated Parts; torque converter.

TRANSFER CASE - transfer case; all internally Lubricated Parts; and 4X4 actuator.

DRIVE AXLES - drive axle housing; all internally Lubricated Parts; drive shafts; universal joints; constant velocity joints, (unless failure was caused by neglected, torn, cracked, or perforated constant velocity joint boot). Constant velocity joint boots are not covered under any circumstances.

SEALS and GASKETS - leaking seals and gaskets on any Covered Part listed above. Minor loss of fluid or seepage is considered normal and is not considered a Mechanical Breakdown.

## EXCLUSIONS - WHAT THIS VEHICLE SERVICE CONTRACT DOES NOT COVER

All parts not specifically listed under Covered Parts are not covered under this Contract. Adjustments to covered parts are not covered. Normal maintenance items/repairs such as engine tune-ups and front end alignments are also not covered. In addition, this Contract provides no benefits or coverage and We have no obligation under this Contract for:

- A Breakdown caused by lack of customary, proper, or manufacturer's specified maintenance.
- A Breakdown caused by contamination of or lack of proper fuels, fluids, coolants or lubricants, including a Breakdown caused by a failure to replace seals or gaskets in a timely manner.
- A Breakdown caused by rust or corrosion (This provision does not apply for residents of Minnesota).
- A Breakdown caused by or for damage resulting from overheating that would have been prevented if You would have used all reasonable means to protect Your Vehicle from this damage.
- The repair of valves or rings, if the purpose is to raise the engine's compression.
- Repair or replacement of any parts not necessary to the completion of the repairs for a Covered Breakdown, or were not damaged by the failure of a Covered Part.
- A Breakdown caused by towing a trailer, another vehicle or any other object unless Your Vehicle is equipped for this use as recommended by the manufacturer.
- A Breakdown caused by or involving modifications to Your Vehicle that are not performed or recommended by the manufacturer.
- A Breakdown caused by off-roading, misuse, abuse, racing or any form of competition.

## EXCLUSIONS (continued)

- Certain vehicles outlined on the Administrator's guidelines with the Seller are ineligible. This includes, but is not limited to: exotic vehicles, grey market vehicles, salvage title vehicles, police, postal, taxi, and emergency vehicles, rental vehicles, tow vehicles, vehicles equipped with a snow plow, lifted vehicles, (unless either the OVERSIZED TIRES box or the LIFTED VEHICLES box was marked on the Registration page) vehicles equipped with a flat bed, and vehicles greater than 1 ton.
- Vehicles used for business, deliveries, construction, or commercial hauling.
- A Breakdown caused by collision, fire, theft, freezing, vandalism, riot, explosion, lightning, earthquake, windstorm, hail, water, flood or acts of the public enemy or any government authority, or for any hazard insurable under standard physical damage insurance policies.
- Loss of use, loss of time, lost profits or savings, inconvenience, commercial loss, or other incidental or consequential damages or loss that results from a Breakdown.
- Any liability, cost or damages You incur or may incur to any third parties other than for Administrator approved repair or replacement of Covered Parts which caused a Mechanical Breakdown.
- Any liability for damage to property, or for injury to or death of any person arising out of the operation, maintenance or use of Your Vehicle whether or not related to a Breakdown.
- Any cost covered by a repairer's or supplier's guarantee, or any cost which would be covered by a manufacturer's warranty, or that the manufacturer has announced its responsibility through any means including public recalls or factory service bulletins.
- Any part not covered by, or excluded by the original Vehicle manufacturer's warranty.
- A Breakdown not occurring in the United States or Canada.
- Any pre-existing condition.

## HOW THIS CONTRACT MAY BE TRANSFERRED

This Contract is subject to transfer, reassignment or sale. It is Your responsibility to notify Us in the event this Contract has been transferred to a subsequent owner stating the name, address and telephone number of the purchaser.

This provision is only available if You are the original Contract purchaser. Your rights and duties under this Contract may only be assigned if You sell Your Vehicle directly to another individual (excluding dealer trade-ins) and We receive Your written notification, as noted above, within 30 days from the date of sale to the subsequent owner and upon payment to Us of a $50.00 transfer fee, Unless contrary to state law, insurance subrogation is waived by all parties. Contracts purchased on a payment plan must be paid in full prior to transfer. Confirmation of the transfer acceptance by Us is required before coverage for the new owner is effective.

## HOW THIS CONTRACT MAY BE CANCELLED INCLUDING REFUNDS AND CHARGES

We reserve the right to cancel this Contract and will not pay for a Mechanical Breakdown if:

- There is a material misrepresentation or fraud at the time of sale of this Contract.
- Your odometer fails, or for any reason does not record the actual mileage of Your Vehicle after Purchase Date and You do not have it fixed and the mileage certified within 30 days of the failure date.
- Your Vehicle meets any of the conditions listed in the "Exclusions" section as outlined above.

If this Contract was financed or purchased on a payment plan (by a funding company) the Finance Company or Funding Company shall be entitled to any refunds resulting from cancellation of this Contract for repossession of Your Vehicle, total loss of Your Vehicle or failure to make monthly payments in a timely manner.

You may cancel this Contract by surrendering Your copy of this Contract with written notice to the Seller or Us. In the event this Contract is cancelled by You or Us, we will keep a prorated amount of the Contract price based on the greater of days in force or miles driven compared to the total time and mileage of Your Contract term, plus a cancellation fee, if applicable. You are entitled to a full refund if You contact and provide written notice of cancellation within the first 30 days after the Purchase Date, and if You have not filed a claim against the Contract. If the purchase price of this Contract was included in the financing of the Vehicle, any refund shall be paid to the lien holder, on Your behalf, and the refund will be deducted from Your balance owed.

**CANCELLATION** may be requested by a lien holder in the event of a repossession. The refund amount will be calculated in accordance with the provisions stated in this Contract.

**CANCELLATION FEE:** The cancellation fee is $50.00. If you are a resident of Alabama or California, the cancellation fee is $25.00. There are no cancellation fees for residents of District of Columbia, Georgia, New Hampshire, and Missouri.

- **For Arizona residents:** This Contract cannot be cancelled or voided by EFG or it's representatives for the following reasons including, but not limited to: (i) pre-existing conditions; (ii) prior use or unlawful acts relating to the product; (iii) misrepresentation by either EFG or and associated subcontractors; and (iv) ineligibility for the program, including grey market, high performance and GM diesel autos.

## CANCELLATION (continued)

- **For Alabama residents:** If the Vehicle Service Contract is cancelled within ten (10) days of Your purchase of this Contract (the initial period) and no claims have been made under the Contract, the amount of the refund shall be equal to the full amount paid for this Contract. After the initial period, or if a claim has been made under this Contract, the amount of the refund shall be a pro rata share of the selling price of the Contract as determined above.

- **For California residents:** If the Vehicle Service Contract is cancelled within sixty (60) days of Your purchase of this Contract (the initial period) and no claims have been made under the Contract, the amount of the refund shall be equal to the full amount paid for this Contract. After the initial period, or if a claim has been made under this Contract, the amount of the refund shall be a pro rata share of the selling price of the Contract as determined above. However, if You cancel the Contract during the initial period, no cancellation fee will be charged.

- **For District of Columbia residents:** If We cancel this Contract after the first sixty (60) days, We will mail to You written notice of cancellation at least thirty (30) days before the cancellation date.

- **For Georgia residents:** Cancellation shall be in accordance with O.C.G.A. 33-24-44. We may only cancel this Contract for fraud or material misrepresentation or for non-payment. Notice of cancellation will be 10 days for non-payment and 31 days for other reasons.

- **For Illinois residents:** If You elect to cancel this Contract, the Service Contract Provider may retain a cancellation fee not to exceed the lesser of 10% of the Service Contract Price or $50.00.

- **For Louisiana residents:** In calculating any refund, no deduction will be made for any claims that have been paid under the Contract.

- **For Minnesota residents only:** We may only cancel this Contract if there is material misrepresentation or fraud only if such misrepresentation or fraud occurs in the submission of a claim.

- **For Missouri residents:** A ten percent penalty per month shall be added to a refund that is not paid within thirty days for return of the Contract to the Provider.

- **For Nevada residents:** If We cancel this Contract, the cancellation does not become effective until at least 15 days after the notice of cancellation is mailed to the Contract Holder. No cancellation fee will be charged to the Contract Holder if this Contract is cancelled by Us.

- **For New York residents:** If the Vehicle Service Contract is cancelled within ten (10) days of Your purchase of this Contract (the initial period) and no claims have been made under the Contract, the amount of the refund shall be equal to the full amount paid for this Contract. After the initial period, or if a claim has been made under this Contract, the amount of the refund shall be a pro rata share of the selling price of the Contract as determined above. A ten percent penalty per month shall be added to a refund that is not made with thirty (30) days of return of the Contract to the Issuing Seller.

- **For North Carolina residents:** The Consumer can cancel at any time after purchase and receive a pro rata refund less any claims paid on the Service Contract and a reasonable administrative fee, not to exceed ten percent (10%) of the amount of the pro rata refund.

- **For Oklahoma residents:** You are entitled to a full refund in the event you cancel the contract within the first thirty (30) days and no claims have been authorized or paid. In the event the Contract is cancelled by You after the first thirty (30) days or a claim has been made within the first thirty (30) days, return of premium shall be based upon ninety percent (90%) of the unearned pro rata premium. We may retain a cancellation fee not to exceed the lesser of ten percent (10%) of the unearned pro rata premium or fifty dollars ($50.00). In the event the Contract is cancelled by Us, return of premium shall be based upon one hundred percent (100%) of unearned pro rata premium.

- **For Utah residents:** In general, if We cancel this Contract, We will mail to You written notice of cancellation at least thirty (30) days before the cancellation date. However, if We cancel this Contract within the first sixty (60) days after the Contract purchase date or if We cancel this Contract because You have defaulted in Your obligation to repay the amount financed by the lien holder, We will mail to You written notice of cancellation at least ten (10) days before the cancellation date.

- **For Vermont residents:** We may only cancel this Contract for fraud or material misrepresentation affecting the policy or the presentation of a claim thereunder, or violation of any of the terms or conditions of the policy. If the Vehicle Service Contract is cancelled within thirty (30) days of Your purchase of this Contract (the initial period) and no claims have been made under the Contract, the amount of the refund shall be equal to the full amount paid for this Contract. After the initial period, or if a claim has been made under this Contract, the amount of the refund shall be a pro rata share of the selling price of the Contract as determined above. If We cancel this Contract, We will give You a written forty-five (45) day notice by certified mail, of cancellation fifteen (15) day notice for non-payment of premium, along with the reason.

- **For Wyoming residents:** You may return the Service Contract within twenty (20) days of the date the Service Contract was mailed to You. Upon return of the Service Contract to the Us within the applicable time period, if no claim has been made under the Service Contract prior to its return to Us, the Service Contract is void and We shall refund You, or the lien holder, with the full purchase price of the Service Contract. The right to void the Service Contract is not transferable and shall apply only to the original Service Contract purchaser, and only if no claim has been made prior to its return to Us. A ten percent (10%) penalty per month shall be added to a refund that is not paid or credited within forty-five (45) days after return of the Service Contract to Us. We will mail a written notice to You at Your last known address at least ten (10) days prior to cancellation by Us. Prior notice is not required if the reason for cancellation is non-payment of the provider fee, a material misrepresentation by You to Us or a substantial breach of duties by You relating to the covered product or its use. The notice will state the effective date of the cancellation and the reason for the cancellation.

## SPECIAL STATE REQUIREMENTS / DISCLOSURES

THE STATE REQUIREMENTS LISTED BELOW CORRESPOND AND APPLY TO THE STATE IN WHICH YOU PURCHASED YOUR VEHICLE SERVICE CONTRACT.

- **For California residents:** If we shall fail to pay any claim under this Contract within 60 days after proof of loss has been filed with Us, You shall be entitled to make a direct claim against the following California Approved Insurer: American Security Insurance Company, P.O. Box 50355, Atlanta, GA 30302. If You are not satisfied with the insurance company's response, You may contact the California Department of Insurance at (800) 927-4357.

- **For Connecticut residents:** In home service is not provided. If the Service Contract is less than one year, the coverage will be automatically extended while the product is bing repaired when the service contract expires.

- **For Idaho residents:** Coverage afforded under this Vehicle Service Contract is not guaranteed by the Idaho Insurance Guarantee Association.

- **For Indiana residents:** Your proof of payment to Us for this Contract shall be considered proof of payment to the Insurance Company which guarantees Our obligations to You.

- **For Iowa residents:** This Contract is subject to rules administered by the Iowa Insurance Division at 515-281-5705. Written inquiries or complaints should be mailed to the following address: 330 E. Maple Street, Des Moines, IA 50319. If you make a direct claim against the insurance company include a copy of Your Contract and Your paid repair order.

- **For Minnesota residents:** (1) If the used motor Vehicle has less than 36,000 miles, the warranty must remain in effect for at least 60 days or 2,500 miles whichever comes first. (2) If the used motor Vehicle has 36,000 miles or more but less than 75,000 miles, the warranty must remain in effect for at least 30 days or 1,000 miles, whichever comes first. All coverage provided for Your Vehicle under this motor Vehicle Service Contract shall exclude coverage currently in force under any express warranty providing the same coverage Vehicle as outlined above.

- **For Missouri residents:** The Provider of the Service Contract shall mail a written notice to the Contract Holder within fifteen days of the date of termination.

- **For New Hampshire residents:** In the event you do not receive satisfaction under this Contract, you may contact the New Hampshire insurance department, 21 South Fruit Street, Suite 14, Concord, NH 03301, 603-271-2261.

- **For Oklahoma residents:** This service warranty is not issued by the manufacturer or wholesale company marketing the product. This service warranty will not be honored by such manufacturer or wholesale company. Oklahoma does not review commercial service warranty Contract language (only personal).

- **For Texas residents:** Unresolved complaints may be directed to the Texas Department of Licensing and Regulation, P. O. Box 12157, Austin, TX 78711, 512-463-2906 or 800-803-9202.

- **For Utah residents:** Coverage afforded under this Vehicle Service Contract is not guaranteed by the Property and Casualty Guarantee Association. Obligations of the Provider under this Service Contract are guaranteed under a Service Contract reimbursement insurance policy. Should the Provider fail to pay or provide service on any claim within 60 days after proof of loss has been filed, the Contract Holder is entitled to make a claim directly against the Insurance Company.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

# TRANSFER / CANCELLATION APPLICATION

To transfer / cancel this Contract, complete the following and mail a photocopy of the front of this Contract to:
VSC TRANSFER DEPARTMENT • P.O. BOX 167667 • IRVING, TEXAS 75016

Please transfer/cancel the remainder of the Vehicle Service Contract. I am transferring/canceling this Contract in accordance with the provisions stated in the Contract. In order to transfer, I am enclosing with this application a $50.00 check or money order made payable to EFG. Application must be received within 30 days of the transfer/cancellation date.

Name of New Owner _____ Date of transfer/cancellation _____

Address _____

City, State, Zip _____ Odometer Mileage at date of transfer/cancellation _____

Verification that the vehicle has been maintained as required by this Contract must be supplied by Vehicle Seller to Vehicle purchaser. Transfer will be considered to be valid when Vehicle purchaser receives confirmation letter from Administrator.

_____   _____
Signature of Vehicle Purchaser (if transferring)    Date       Signature of Vehicle Seller (if transferring)    Date

_____   _____
Signature of Contract Holder or representative of lien holder (if cancelling)    Date       Phone

_____   _____
Signature of authorized representative of Seller (if cancelling)    Date       Title

## EFG Companies PRIVACY POLICY

The trust of our customers is EFG Companies ("EFG") most valuable asset. EFG safeguards that trust by keeping nonpublic personal information about customers in a secure environment and using that information in accordance with this Privacy Policy.

Below is EFG's privacy pledge to our customers:

### Information We May Collect

EFG may collect nonpublic personal information about you from the following sources:

- Information we receive from you (or is provided to us on your behalf) on applications and other forms, such as your name, address, telephone number, employer, and income;
- Information about your transactions with the companies of EFG or other nonaffiliated parties, such as your name, address, telephone number, age, insurance coverage, transaction history, claims history and premiums;
- Information you provide to us on applications or from health care providers, such as doctors and hospitals, to determine your past or present health condition. Health information will be collected as we deem appropriate to determine eligibility for coverage, to process claims, to prevent fraud, and as authorized by you, or as otherwise permitted or required by law.

### Information We May Disclose and To Whom We May Disclose Information

The nonpublic personal information EFG may collect as described above may be disclosed in order to deliver products and services to you, provide customer service or administer your account.

### Disclosures Permitted by Law

EFG may disclose all of the nonpublic personal information described above, as permitted by law. For example, we may use affiliated and nonaffiliated parties to perform services for us, such as providing customer assistance, handling claims, protection against fraud and maintaining software for us. We also may disclose information in response to requests from law enforcement agencies or State insurance authorities.

### Information Regarding Former Customers

EFG does not disclose nonpublic personal information about former customers or customers with inactive accounts, except in accordance with this Privacy Policy.

### Our Security Procedures

EFG restricts access to nonpublic personal information about you to those employees whom we determine have a legitimate business purpose to access such information in connection with the provision of products or services to you. We employ security techniques designed to protect our customer data. We provide training and communications programs designed to educate employees about the meaning and requirements of our strict standards for data security and confidentiality.



*Established 1982*

# CHRISTIAN BROTHERS AUTOMOTIVE
## 6801 WEST HEFNER ROAD
## OKLAHOMA CITY, OK 73162
### 405-720-1200 FAX 405-720-8260

Repair Order #0023896
Orignal Est. # 0236778
Date : 8/2/10
Page : 1
Center :

| | |
|---|---|
| **Customer :** WALLS, MARC CINDI | |
| **Address :** 11425 WARWICK PLACE DR | |
| **City :** OKLAHOMA CITY, OK 73162-3162 | |
| **Phone 1 :** ( 405 ) 721-2416  **Ext :** HM | |
| **Phone 2 :** ( 405 ) 420-9366  **Ext :** MARC | |

| | |
|---|---|
| **Vehicle :** 2004 FORT F250 SUPER DUTY P/U | |
| **License :** GWY 557 | **Prod :** |
| **VIN :** 1FTNW21PX4ED72093 | |
| **Engine :** V8-363 6.0L DSL | **Trans :** AUTO |
| **Mileage :** 99862 | **Colr :** BLUE |

| Op | Tech Quan | Description Part Number | Part Description | Labor | Parts Price | Subtotal |
|---|---|---|---|---|---|---|
| | 0 | SUB | MAPS WARRANTY CLASSIC USED WARRANTY, 36 MONTH/ 42,000 MILE WARRANTY (PLATINUM). CONTRACT NUMBER 2247535 | 2101.00 | | 2101.00 |

I hereby authorize the repair work herein set forth to be done along with the necessary materials and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. I hereby acknowledge receipt of a copy hereof.

X_____  Date_____

| | |
|---|---|
| Labor : | $2,101.00 |
| Parts : | $0.00 |
| Sublet : | $0.00 |
| Other Fees : | $0.00 |
| Supplies : | $0.00 |
| Subtotal : | $2,101.00 |
| Sales Tax : | $0.00 |
| Paid By : VISA  Total : | $2,101.00 |
| Pay Ref :  Paid : | $2,101.00 |
| Due : | $0.00 |

*Our Warranty is 12 months/12,000 miles on labor for new parts installed and manufacturer's warranty on parts*

visit our website
www.christianbrothersauto.com