IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHEN MARC WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-854-C |
| | ) | |
| ENTERPRISE FINANCIAL GROUP, | ) | |
| INC., a foreign corporation | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Stephen Marc Walls ("Plaintiff"), by and through his attorneys of record, and Enterprise Financial Group, Inc. ("Defendant"), by and through its respective attorneys of record, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate and agree that all Plaintiff's claims for relief as asserted in his Complaint against Defendant filed in this cause should be dismissed with prejudice to the filing of any future actions, with each party bearing their own costs and attorney's fees.

The parties stipulate and agree that the Court may enter an Order of Dismissal with Prejudice as submitted with this Stipulation.

Dated this 27th  day of June, 2013:

Respectfully submitted,

/s/ Amy J. Pierce
Joe M. Hampton, OBA No. 11851
Amy J. Pierce, OBA No. 17980

CORBYN HAMPTON, PLLC
One Leadership Square
211 North Robinson, Suite 1910
Oklahoma City, Oklahoma 73102
Telephone:   (405) 239-7055
Facsimile:   (405) 702-4348
Email: apierce@corbynhampton.com
jhampton@corbynhampton.com

**ATTORNEYS FOR DEFENDANT**

*and*

/s/ Lawrence W. Zeringue

Neal E. Stauffer, OBA No. 13168
Jody R. Nathan, OBA No. 11685
Nathaniel G. Parrilli, OBA No. 18798
Lawrence W. Zeringue. OBA No. 9996
(signed by filing attorney with permission)

**STAUFFER & NATHAN, P.C.**
P. O. Box 702860
Tulsa, OK 74170-2860
Telephone:   (918) 592-7070
Facsimile:   (918) 592-7071
Email:       nstauffer@staufferlaw.com
             jnathan@staufferlaw.com
             lzeringue@staufferlaw.com

**ATTORNEYS FOR PLAINTIFF**